STATE OF NEW JERSEY v. THOMAS HADFIELD.

Supreme Court of New Jersey.

Nov. 30, 1982.

Leave to appeal is granted.